# EXHIBIT F

## Exhibit F

**Infringement of U.S. Patent No. 8,792,008 by AT&T and DirecTV Accused Satellite Television Services**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 3a | A method comprising: | The Accused Satellite Television Services perform the claimed method utilizing, for example, monitoring devices such as the HR54 and HS17. By way of example, the HR54 is charted herein.<br><br>**GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>- Record up to five programs simultaneously.<br>- Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>- Watch two shows at the same time with Picture In Picture.*<br>- View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |

Page 1 of 16

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 3b | performing by one or more circuits: | The HR54 has one or more circuits as described below: |
| 3c | receiving a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, | The HR54 receives a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, wherein said signal carries a plurality of channels as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  | wherein said signal carries a plurality of channels; |  |
| 3d | digitizing said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal; | The HR54 digitizes said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal as described below: |

Page 3 of 16

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|   |   |  |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|   |   | **All-digital satellite receiver**<br>- 256-kilobaud to 30-megabaud variable rate receiver<br>- Supports BPSK, QPSK, 8PSK, & 16QAM modulation<br>- Dual integrated 7-bit A/D converters<br>- Digital square-root Nyquist filters (a=0.2, 0.35)<br>- All-digital clock and carrier recovery<br>- 12-tap adaptive equalizer<br><br>**Technology Advantages:**<br><br>- _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>- _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>- _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>- _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 3e | selecting a first portion of said digitized signal; | The HR54 selects a first portion of said digitized signal as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required).<br><br>(Genie User Guide, p. 98) |
| 3f | selecting a second portion of said digitized signal; and | The HR54 selects a second portion of said digitized signal as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  |  | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| 3g | concurrently outputting said selected first portion and said selected second portion, wherein: | The HR54 concurrently outputs said selected first portion and said selected second portion as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|   |   | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>• Record up to five programs simultaneously.<br>• Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>• Watch two shows at the same time with Picture In Picture.*<br>• View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| 3h | said selected first portion is output to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one | The HR54 outputs said selected first portion to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one or more characteristics to a source of said received signal as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | or more characteristics to a source of said received signal; and | **SATELLITE**<br><br>This option is used by installers when your system is initially set up; you should not have to use it. However, you can use this screen to view your Receiver's satellite signal strength\or to repeat the satellite setup procedure.<br><br>**YOUR INTERNET CONNECTION**<br><br>Connecting your DIRECTV Receiver to the Internet and your home network gives you access to the full range of DIRECTV features and content like:<br>• Thousands of free and premium On Demand titles, some almost a month before they are available on Netflix and other streaming services.<br>• TV Apps, including ScoreGuide, Weather, and What's Hot.<br>• Pandora, Music & Photos and more.<br><br>**Direct Connection**<br>Ethernet Cable — Router — DVR Receiver<br>Ethernet cable connects to an unused port on the router<br>Ethernet cable plugs into Receiver |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|  |  | *[Screenshot of DirecTV Signal Strength screen showing satellite transponder signal values at 3:08p Mon 7/23. Text reads: "Your receiver is checking available transponders on the current satellite. Press SELECT on Signal Meters to individually test transponders. (Azimuth 139°, Elevation 46°, Tilt 111°)". Satellite Transponders (32 total at 101°): 1-8: 96 95 95 0 96 99 95 99; 9-16: 96 96 95 0 97 99 95 99; 17-24: 94 100 93 0 96 100 95 100; 25-32: 96 0 92 100 95 99 95 100. Satellite: 101°, Tuner: 1. Buttons: Done, Signal Meters.]* |
| 3i | said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels. | The HR54 outputs said selected second portion to a data processor for recovery of data carried on one or more of said plurality of channels as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|   |   |  |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
|   |   | - In the satellite STB market, Broadcom introduces four new 40nm SoC solutions that feature full HD (1080p60 decode and display), the latest transmission-efficient MPEG H.264 SVC and MVC standards for enabling 1080p60/50 and full resolution HD 3DTV content distribution, an OpenGL ES 2.0 3D GPU for advanced 3D graphics, whole-home connectivity, and FastRTV™ fast channel change technology.  The new SoC solutions include:<br>   - The Broadcom® BCM7344 single tuner HD AVC satellite receiver SoC with integrated MoCA® support for multi-room DVR applications.<br>   - The Broadcom BCM7346 dual tuner HD DVR AVC satellite receiver with integrated MoCA support for multi-room DVR applications.<br>   - The Broadcom BCM7354 single tuner HD AVC satellite receiver with integrated Ethernet MII and physical layer (PHY) capabilities for connectivity with Broadcom's Wi-Fi and powerline solutions.<br>   - The Broadcom BCM7356 dual tuner HD DVR AVC satellite receiver with integrated Ethernet MII and physical layer (PHY) capabilities for connectivity with Broadcom's Wi-Fi and powerline solutions. |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | | **GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>- Record up to five programs simultaneously.<br>- Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>- Watch two shows at the same time with Picture In Picture.*<br>- View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| | | |
| 7a | The method of claim 3, wherein: | See above. |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 7b | said received signal is a satellite television signal output by a low noise block downconverter; and | Said received signal is a satellite television signal output by a low noise block downconverter as described below: |
| 7c | said plurality of channels comprises a plurality of television channels. | Said plurality of channels comprises a plurality of television channels as described below:<br><br>Welcome! Now that you're plugged in, it's time to start enjoying access to over 285 (including over 190 full-time HD channels) channels of live and On Demand TV programming, satellite music and a huge selection of box office hits from DIRECTV CINEMA®. |
|  |  |  |

Page **14** of 16

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| 9 | The method of claim 3, wherein said one or more circuits reside in a customer premises gateway. | Said one or more circuits reside in a customer premises gateway as described below:<br><br>**GENIE™ HD DVR**<br><br>The DIRECTV Genie HD DVR is the most advanced DVR experience available and provides HD DVR service in every room without the need for additional receivers. A single Genie (models HR34, HR44, HR54, and above), together with Genie Minis (C51, C61, C61K, C61W, C41, C41W, C51,C61, C61K, and earlier models) or DIRECTV Ready TVs, can serve your entire home, allowing for more personalized viewing.<br><br>This chapter provides information on the many features and benefits of DIRECTV Genie HD DVR and its companion Genie Minis.<br><br>**GENIE HD DVR - KEY FEATURES**<br><br>- Record up to five programs simultaneously.<br>- Store up to 200 hours of HD programming and 800 hours of SD total on the 1TB (terabyte) hard drive. (Actual recording capacity varies based on type of programming being recorded.)<br>- Watch two shows at the same time with Picture In Picture.*<br>- View live or recorded programming in up to four different rooms simultaneously (Genie Minis required). |
| 10 | The method of claim 3, wherein a bandwidth and/or center frequency of said selected first portion is configurable during | The HR54 configurably selects a bandwidth and/or center frequency of the selected first portion of the digitized signal as described below:<br><br>SWM works with the connected IRD's to provide only the specific content the IRD's tuner is requesting. The designated channel for each tuner contains the specific |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | AT&T and DirecTV Accused Satellite Television Services |
|---|---|---|
| | operation of said one or more circuits. | programming each tuner is requesting. Tuners are assigned their individual channel during the IRD's programming guide acquisition phase. |